IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.E. DUNN CONSTRUCTION COMPANY, a Missouri corporation, | |
| Plaintiff, | 4:15-CV-3131 |
| vs. | JUDGMENT |
| H.W. LOCHNER, INC., a Wisconsin corporation, | |
| Defendant. | |

On the parties Joint Stipulation of Dismissal Without Prejudice (filing 21), the plaintiff's complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to bear their own fees and costs.

Dated this 2nd day of August, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge